**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
245 Fischer Ave., Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

**KAZEROUNI LAW GROUP, APC**
Ryan McBride, Esq. (SBN CA 297557)
ryan@kazlg.com
Aryanna Young, Esq. (SBN 344361)
aryanna@kazlg.com
2221 Camino Del Rio S., #101
San Diego, CA 92108
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff,*
Maria Tobajian

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIA TOBAJIAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**ALLSTATE INSURANCE COMPANY,**<br><br>Defendant. | Case No.: 2:23-CV-00753-DMG-PD<br><br>**NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: June 21, 2024<br>Time: 9:30am<br>Courtroom: 8C, 8th Floor<br>Judge: Hon. Dolly M. Gee<br><br>Complaint Filed: February 1, 2023 |

Plaintiff Maria Tobajian ("Plaintiff") hereby provides notice that in the above-captioned action against Defendant Allstate Insurance Company ("Allstate" or "Defendant"), Plaintiff bring this unopposed Motion for Preliminary Approval of Class Action Settlement. Plaintiff's motion is supported by the contemporaneously filed memorandum, exhibits, declarations, and any other evidence presented with this motion.

Dated: May 21, 2024                    Respectfully Submitted,

**KAZEROUNI LAW GROUP, APC**

By:   */s Ryan L. McBride*
      Ryan L. McBride, Esq.
      *Attorneys for Plaintiff*

**PROOF OF SERVICE**