# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIA TOBAJIAN;** Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>**ALL STATE INSURANCE COMPANY.,**<br><br>　　　　Defendant. | No. CV 23-00753-DMG (PDx)<br><br>**ORDER** |

  This Court, having held a Final Approval Hearing on January 10, 2025, reviewed the Settlement Agreement and duly considered Plaintiff Maria Tobajian's ("Plaintiff") Motion for Attorney's Fees, Costs, and Incentive Payment [Doc. # 47], and good cause appearing, **GRANTS** the Motion. The Court finds Plaintiff's counsel's request for $990,000 in fees and expenses, comprised of $976,594.04 in fees and $13,405.96 in expenses, and Plaintiff Tobajian's $3,000 incentive award are fair and reasonable. A copy of this Order shall be posted on the Settlement Administrator's website, which is accessible to Class Members, for a period of at least 60 calendar days after the date of entry of this Order.

DATED: January 14, 2025　　　　　_____
　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE